


| To: | LJ Ross Associates | From: | Andrew Sapinski |
|---|---|---|---|
| | PO Box 6099, Jackson, MI 49204 | Pages: | 2 (including cover sheet) |
| Re: | Jessica Lacey (a/k/a Jessica K Hanrahan) | Date | May 3, 2022 |

The purpose of this correspondence is to provide you with written notice that the above-referenced individual(s) is in fact and in law represented by this office for all debts that they may have. As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately terminate any further direct or indirect contacts with the above-referenced individual(s). Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

We are a debt relief agency.
We can help people file for bankruptcy under the Federal Bankruptcy Code.

EXHIBIT 2



# SAPINSKI
## LAW OFFICE, S.C.

12700 W. Bluemound Rd.
Ste 120
Elm Grove, WI 53122
888-298-1041

May 3, 2022

LJ Ross Associates
PO Box 6099, Jackson, MI 49204

    As legal representative for the client(s) listed below, all communication must be through our firm, please do not contact any of the listed client(s) directly. Please do not contact the referenced individuals directly. Upon receipt of this letter, any further direct or indirect contacts with the individual(s) listed in this letter must be terminated. In the event that legal representation for the client(s) is terminated, then this office will contact you.

    Please be advised that this firm represents <u>Jessica Lacey (a/k/a Jessica K Hanrahan)</u> in the matter of debt relief. My client's address is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ The client's social security number(s): ▮▮▮-▮▮-0386. Our firm represents the client(s) with respect to any and all debts you seek to collect, now or in the future, until notified otherwise by our firm.

    My clients regret not being able to pay, however, as they are under financial hardship and have hired our firm to help them file for bankruptcy. The client is unaware at this time of all fees, interest, and any other costs associated with their accounts – in many circumstances, the clients also do not have proof of a chain of title of the specific accounts that your firm may be collecting.

    Be advised that the above-referenced individual(s) disputes the debt which you are attempting to collect. If circumstances should change, we will be in touch. If you have any questions, please feel free to contact my office.

    As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately cease any further direct or indirect contacts with the above-referenced client(s). Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

Sincerely,
Andrew Sapinski
Debtors Attorney
MCR



SAPINSKI
LAW OFFICE, S.C.
12700 W Bluemound Rd., Suite 120
Elm Grove, WI 53122



NEOPOST       FIRST-CLASS MAIL
05/03/2022    $000.53⁰
US POSTAGE

ZIP 46227
041 M10282833

LJ Ross Associates
PO Box 6099
Jackson, MI 49204



| To: | LJ Ross Associates | From: | Andrew Sapinski |
|---|---|---|---|
| | PO Box 6099, Jackson, MI 49204 | Pages: | 2 (including cover sheet) |
| Re: | Jessica Lacey (a/k/a Jessica K Hanrahan) | Date | May 5, 2022 |

The purpose of this correspondence is to provide you with written notice that the above-referenced individual(s) is in fact and in law represented by this office for all debts that they may have. As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately terminate any further direct or indirect contacts with the above-referenced individual(s). Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

We are a debt relief agency.
We can help people file for bankruptcy under the Federal Bankruptcy Code.



12700 W. Bluemound Rd.
Ste 120
Elm Grove, WI 53122
888-298-1041

May 5, 2022

LJ Ross Associates
PO Box 6099, Jackson, MI 49204

    As legal representative for the client(s) listed below, all communication must be through our firm, please do not contact any of the listed client(s) directly. Please do not contact the referenced individuals directly. Upon receipt of this letter, any further direct or indirect contacts with the individual(s) listed in this letter must be terminated. In the event that legal representation for the client(s) is terminated, then this office will contact you.

    Please be advised that this firm represents <u>Jessica Lacey (a/k/a Jessica K Hanrahan)</u> in the matter of debt relief. My client's address is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The client's social security number(s): ▇▇▇-0386. Our firm represents the client(s) with respect to any and all debts you seek to collect, now or in the future, until notified otherwise by our firm.

    My clients regret not being able to pay, however, as they are under financial hardship and have hired our firm to help them file for bankruptcy. The client is unaware at this time of all fees, interest, and any other costs associated with their accounts – in many circumstances, the clients also do not have proof of a chain of title of the specific accounts that your firm may be collecting.

    Be advised that the above-referenced individual(s) disputes the debt which you are attempting to collect. If circumstances should change, we will be in touch. If you have any questions, please feel free to contact my office.

    As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately cease any further direct or indirect contacts with the above-referenced client(s). Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

Sincerely,
Andrew Sapinski
Debtors Attorney
MCR



SAPINSKI
LAW OFFICE, S.C.
12700 W Bluemound Rd., Suite 120
Elm Grove, WI 53122

LJ Ross Associates
PO Box 6099
Jackson, MI 49204

NEOPOST        FIRST-CLASS MAIL
05/05/2022
US POSTAGE   $000.53⁰



ZIP 46227
041M10282833